UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RODNEY JAMES REDMOND,

    Plaintiff,

v.                                               Case No. 12-C-0182

MARTHA BREEN, STEVEN SCHMIDT, and
TODD HAMILTON,

    Defendants.

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL
AND MOTION FOR DEFAULT**

Pro se prisoner Rodney James Redmond has moved for appointment of counsel and for default against the defendants. Both motions are denied. The motion for appointment of counsel is denied at this stage of the proceedings because plaintiff's complaint barely states a claim and it is not clear whether there is sufficient merit to warrant the recruitment of counsel by the Court. The Court will reconsider the request as the case proceeds and the allegations and defenses become more clear.

The motion for default is denied because the defendants are not in default. The Court's screening order directed the Department of Justice to inform the Court within 21 days from the notice of electronic filing of the names of the defendants on whose behalf the Department of Justice will not accept service of process, the reason for not accepting service for them, and their last known address. The time to respond is dependent upon whether service is accepted by the

Department of Justice or must be accomplished in some other manner. In any event, defendants are not in default. Accordingly, both motions are denied.

Dated at Green Bay, Wisconsin, this  20th  day of April, 2012.

s/ William C. Griesbach<br>
William C. Griesbach<br>
United States District Judge