UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RODNEY JAMES REDMOND,

        Plaintiff,

   v.                                                Case No. 12-C-182

MARTHA BREEN, et al.,

        Defendants.

---

**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL**

---

Plaintiff has notified the Court that he wishes to voluntary dismiss the above matter. Currently pending is a motion for summary judgment seeking dismissal on the ground that plaintiff failed to exhaust his administrative remedies. The motion for voluntary dismissal is granted and the motion for summary judgment is terminated as moot.

**SO ORDERED** this   2nd   day of May, 2012.

                                        s/ William C. Griesbach
                                        William C. Griesbach
                                        United States District Judge